**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 17-6270**

---

THOMAS SHANE MATHERLY,

        Petitioner - Appellant,

    v.

JUSTIN ANDREWS,

        Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, Chief District Judge.  (5:13-hc-02077-D)

---

Submitted:  June 29, 2017                           Decided:  July 10, 2017

---

Before TRAXLER, AGEE, and WYNN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Thomas Shane Matherly, Appellant Pro Se.  Michael Lockridge, Special Assistant United States Attorney, Butner, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Shane Matherly, a federal prisoner, appeals the district court's order determining, after remand from this court, that Matherly was in the legal custody of the Bureau of Prisons when the government filed a certificate designating Matherly as a sexually dangerous person, and therefore denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Matherly v. Andrews*, No. 5:13-hc-02077-D (E.D.N.C. Feb. 21, 2017). We dispense with oral argument because the facts and contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*